IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15CR268 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SARA LIOI |
| v. | ) | |
| | ) | |
| AMIR SAID RAHMAN AL-GHAZI, | ) | NOTICE OF RELATED CASE |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes the United States of America, by and through its counsel, Carole S. Rendon, United States Attorney, and Matthew W. Shepherd, Assistant United States Attorney, and hereby notifies the Court pursuant to Local Rule 57.9(b)(3) that this case is related to the newly filed case of United States v. Erick Jamal Hendricks, Case Number 1:16CR268, assigned to United States District Judge John R. Adams, because the newly filed case arises out of the same facts and circumstances involved in this case.

Rule 57.9(b)(3) provides that the United States Attorney's Office should "in any case which is, or might be considered, related to another case, file a motion/notice with both District Judges advising the Court of the relationship." In the newly filed case, Hendricks is charged with conspiracy to provide material support, including services and personnel, to a designated terrorist organization, the Islamic State of Iraq and the Levant ("ISIL"). One of Hendricks' co-conspirators in the newly filed case was Amir Said Rahman Al-Ghazi, the defendant in this case. Among other offenses, Al-Ghazi was charged with and pleaded guilty to attempting to provide material support to a designated terrorist organization, ISIL. Sentencing is pending.

As part of the conspiracy in the newly filed case, Hendricks recruited Al-Ghazi to join and assist the conspiracy to support ISIL.  Al-Ghazi's involvement in the conspiracy with Hendricks occurred during the same time frame that formed the basis of the charges against him in this case, and was part of his conduct in attempting to support ISIL.  As a result, <u>United States v. Hendricks</u>, Case Number 1:16CR265, is related to the case of <u>United States v. Al-Ghazi</u>, Case Number 1:15CR268.

        Respectfully submitted,

        CAROLE S. RENDON
        United States Attorney

By:   /s/ Matthew W. Shepherd
        Matthew W. Shepherd (OH: 0074056)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3859
        (216) 522-7358 (facsimile)
        Matthew.Shepherd@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August 2016 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Matthew W. Shepherd
Matthew W. Shepherd
Assistant U.S. Attorney