IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER 1:15CR00268 |
| Plaintiff, ) | |
| ) | JUDGE SARA LIOI |
| v. ) | |
| ) | |
| AMIR SAID RAHMAN AL-GHAZI, ) | |
| ) | **MOTION FOR LEAVE TO FILE** |
| ) | **MOTION UNDER SEAL** |
| Defendant. ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney for the Northern District of Ohio, and Matthew W. Shepherd, Assistant United States Attorney, and hereby respectfully moves this Court for permission for leave to file a motion under seal because it references a document that was previously sealed by the Court.

                                  Respectfully submitted,

                                  JUSTIN E. HERDMAN
                                UNITED STATES ATTORNEY

By:   /s/ Matthew W. Shepherd
        Matthew W. Shepherd
        Reg. No. 0074056
        Assistant United States Attorney
        801 West Superior Avenue, Suite 40
        Cleveland, Ohio   44113
        Tel. No.: (216) 622-3859
        Fax No.: (216) 522-7499
        Matthew.Shepherd@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on February 21, 2018, a copy of the foregoing Motion for Leave to File Motion Under Seal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

    /s/ Matthew W. Shepherd
    Matthew W. Shepherd
    Assistant United States Attorney