IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER 1:15CR00268 |
| Plaintiff, ) | |
| ) | JUDGE SARA LIOI |
| v. ) | |
| ) | |
| AMIR SAID RAHMAN AL-GHAZI, ) | |
| ) | **MOTION FOR LEAVE TO FILE** |
| ) | **MOTION UNDER SEAL** |
| Defendant. ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney for the Northern District of Ohio, and Matthew W. Shepherd, Assistant United States Attorney, and hereby respectfully moves this Court for permission for leave to file a motion under seal because it references a document that was previously sealed by the Court.

Respectfully submitted,

JUSTIN E. HERDMAN
UNITED STATES ATTORNEY

By: /s/ Matthew W. Shepherd
Matthew W. Shepherd
Reg. No. 0074056
Assistant United States Attorney
801 West Superior Avenue, Suite 40
Cleveland, Ohio 44113
Tel. No.: (216) 622-3859
Fax No.: (216) 522-7499
Matthew.Shepherd@usdoj.gov

**MOTION GRANTED**.

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**
February 22, 2018