IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:    1:15CR268 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| AMIR SAID RAHMAN AL-GHAZI, | ) | MOTION TO CONTINUE SENTENCING |
| | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney for the Northern District of Ohio, and Matthew W. Shepherd, Assistant United States Attorney, and hereby submits this motion to continue the sentencing of defendant Amir Said Rahman Al-Ghazi.   In support thereof, the government submits the following:

1.      Sentencing for the defendant is currently scheduled for June 8, 2018, at 10:00 am. A scheduling conflict has developed for the undersigned, in that the undersigned's children were scheduled today for out-of-town medical procedures that the undersigned needs to attend on June 8, 2018. These procedures conflict with the sentencing.

2.      The undersigned has contacted defense counsel who has indicated that he does not oppose this motion.    The parties have also consulted on alternative dates and are both available for the sentencing on the following dates:    June 20, 2018; June 26, 2018; June 27, 2018; July 3, 2018; July 5, 2018; and July 6, 2018.

1

WHEREFORE, the government respectfully requests that this Motion be granted, and the

sentencing currently scheduled for June 8, 2018, be continued to one of the dates proposed by the

parties above.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney


By:     /s/ Matthew W. Shepherd
        Matthew W. Shepherd
        Reg. No. 0074056
        Assistant United States Attorney
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44113
        Tel. No.: (216) 622-3859
        Fax No.: (216) 685-2378
        Matthew.Shepherd@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2018, a copy of the foregoing *Motion to Continue Sentencing* was filed electronically.   Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.   All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

<div style="margin-left:50%;">

/s/ Matthew W. Shepherd

Matthew W. Shepherd
Assistant United States Attorney

</div>