IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 1:15CR00268 |
| Plaintiff | * | |
| -vs- | * | JUDGE SARA LIOI |
| AMIR SAID RAHMAN AL-GHAZI | * | MOTION TO FILE PLEADING UNDER SEAL |
| Defendant | * | |

\* \* \*

Now comes the Defendant, AMIR SAID RAHMAN AL-GHAZI, by and through undersigned counsel, who moves this Court to permit him to file a motion regarding his sentencing under seal.

Defendant asks that this Court permit him to file a motion under seal regarding certain sentencing issues and procedures he requests relative to his sentencing hearing. Defendant feels these matters are sensitive in nature and, therefore, requests that the motion be placed under seal.

Respectfully submitted,

/S/ LAWRENCE J. WHITNEY_____
LAWRENCE J. WHITNEY #0023738
LAWRENCE J. WHITNEY CO., L.P.A.
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171  -  330-253-7174 fax
burdon-merlitti@neo.rr.com

<u>PROOF OF SERVICE</u>

I hereby certify that on June 1, 2018, a copy of the foregoing Motion to File Pleading Under Seal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/S/ LAWRENCE J. WHITNEY</u>
LAWRENCE J. WHITNEY
Attorney for Defendant