IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO.  1:15CR00268 |
| Plaintiff | * | |
| -vs- | * | JUDGE SARA LIOI |
| AMIR SAID RAHMAN AL-GHAZI | * | |
| | | NOTICE OF APPEAL |
| Defendant | * | |
| | * * * | |

Now comes the Defendant, Amir Said Rahman Al-Ghazi, by and through undersigned

counsel and hereby gives his Notice of Appeal to the United States Court of Appeals, Sixth

Circuit Court, from the Judgment and Sentence as entered on June 20, 2018

Respectfully submitted,

/S/  LAWRENCE J. WHITNEY_____
LAWRENCE J. WHITNEY #0023738
LAWRENCE J. WHITNEY CO., L.P.A.
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171  -  330-253-7174 fax
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

I hereby certify that on June 27, 2018, a copy of the foregoing Notice of Appeal was filed

electronically.  Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system.

/S/   LAWRENCE J. WHITNEY_____
LAWRENCE J. WHITNEY
Attorney for Defendant